## Commonwealth *v.* McDermott, Appellant.

Argued November 14, 1967. *Dwight L. Koerber,* for appellant; *Charles B. Watkins,* Assistant District Attorney, with him *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.